UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| MARY LONG, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:09CV59 RWS |
| JOHNSON & JOHNSON, INC., et al., | ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's response to the Show Cause Order issued on May 5, 2010. In her response, plaintiff admits that she has been unable to find an expert witness to support her claims. Plaintiff seeks an extension of time, up to and including June 14, 2010, to either disclose an expert or otherwise determine whether she can proceed with her lawsuit. I will grant plaintiff's request for an extension of time and deny defendants' motion for protective order or to compel as moot. Plaintiff is required to file a memorandum by June 14, 2010, informing the Court whether she has obtained an expert witness, and if not, whether she intends to proceed with this case or file for dismissal.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for protective order

or, in the alternative, to compel [#21] is denied as moot.

**IT IS FURTHER ORDERED** that plaintiff is granted an extension of time, up to and including June 14, 2010, to disclose expert witnesses in compliance with the case management order. Plaintiff shall file a memorandum by June 14, 2010, advising the Court whether she has obtained an expert witness, and if not, whether she intends to proceed with this case or file for dismissal.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2010.